FEBRUARY 15, 2002

No. 01–654. CELLCO PARTNERSHIP, DBA VERIZON WIRELESS *v.* NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL. C. A.

D. C. Cir. Certiorari dismissed under this Court's Rule 46.2.